*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 17-BG-690

IN RE STEPHEN R. JONES

**2012 DDN 271**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Reg. No.   358451**

BEFORE:  Thompson, Associate Judge, and Farrell and Reid, Senior Judges.

### O R D E R
(Filed – October 19, 2017)

On consideration of the certified order of the Maryland Court of Appeals indefinitely suspending respondent from the practice of law in the state of Maryland by consent; this court's July 21, 2017, order temporarily suspending respondent and directing him to show cause why functionally equivalent reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent did not file a response to this court's show cause order but did file the required D.C. Bar R. XI, § 14 (g) affidavit on August 21, 2017, it is

ORDERED that Stephen R. Jones is hereby indefinitely suspended from the practice of law in the District of Columbia *nunc pro tunc* to August 21, 2017, with reinstatement subject to a fitness requirement and the right to petition for reinstatement after five years or when reinstated in the state of Maryland, whichever occurs first. *See In re Maignan*, 988 A.2d 493, 495 (D.C. 2010) (setting forth the functionally equivalent discipline for an indefinite suspension without a required minimum period of suspension); *see also In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic"). For purposes of eligibility to petition for reinstatement, the suspension will be deemed to run from August 21, 2017.

### PER CURIAM